No. 77–6192. GREER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6222. BRANNON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6225. ROCK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6273. MOORE v. FORD MOTOR CO., WAYNE ASSEMBLY PLANT. Sup. Ct. Mich. Certiorari denied.

No. 77–6290. McDANIEL v. HOPPER, ASSISTANT DISTRICT ATTORNEY OF TULSA COUNTY, OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 77–6330. ANDERSON v. DABDO ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6336. CHRISTIANSEN v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 77–6337. ALTIZER v. YOUNG, ACTING WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6338. THORNTON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 77–6340. SOLOMON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–6341. TURNER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–6343. SKINNER v. CARDWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 77–6345. APEL v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.